**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6681**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

RICHARD HENRY KAYIAN, a/k/a Pops,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Abingdon.  James P. Jones, Senior District Judge.  (1:16-cr-00041-JPJ-1)

_____

Submitted:  June 12, 2025                           Decided:  June 16, 2025

_____

Before HARRIS and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Richard Henry Kayian, Appellant Pro Se.  Lee Samuel Brett, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Henry Kayian appeals the district court's order denying his most recent 18 U.S.C. § 3582(c)(1)(A) motions for compassionate release. Upon review of the record, we conclude that the district court did not abuse its discretion in denying Kayian's motions. *United States v. Centeno-Morales*, 90 F.4th 274, 280 (4th Cir. 2024) (providing standard of review). Specifically, while short, the appealed-from order incorporated by reference the court's prior order—issued nearly three months earlier—in which the court thoroughly considered Kayian's health-based arguments and denied Kayian's counseled motion for compassionate release. Accordingly, we affirm the district court's order. *United States v. Kayian*, No. 1:16-cr-00041-JPJ-1 (W.D. Va. June 25, 2024).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*